# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MICHELLE HAYES
            AKA: MICHELLE HICKEY

                     Debtor(s)

                                         CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                     Movant                             CASE NO: 5-19-04645-RNO

vs.

MICHELLE HAYES
AKA: MICHELLE HICKEY

                   Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 8, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    October 8, 2020                      Respectfully submitted,

                                                                /s/    Agatha R. McHale, Esquire
                                                                ID: 47613
                                                                Attorney for Movant
                                                                Charles J. DeHart, III
                                                                Standing Chapter 13 Trustee
                                                                8125 Adams Drive, Suite A
                                                                Hummelstown, PA 17036
                                                                Phone: (717) 566-6097
                                                                Fax: (717) 566-8313
                                                                eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MICHELLE HAYES
         AKA: MICHELLE HICKEY            CHAPTER 13

              Debtor(s)

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE              CASE NO: 5-19-04645-RNO
              Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

>    November 4, 2020 at 09:30 AM
>    U.S. Bankruptcy Court
>    Max Rosenn U.S. Courthouse
>    197 S. Main Street
>    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2595.00**
   **AMOUNT DUE FOR THIS MONTH: $665.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3260.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   If **submitting payment by U.S. First Class Mail** mail to**:**
      **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 8, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MICHELLE HAYES
           AKA: MICHELLE HICKEY

                               CHAPTER 13

           Debtor(s)

CHARLES J. DEHART, III                     CASE NO: 5-19-04645-RNO
CHAPTER 13 TRUSTEE
           Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 8, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                Served Electronically

VINCENT RUBINO, ESQUIRE                   UNITED STATES TRUSTEE
712 MONROE STREET                                 SUITE 1190
P.O. BOX 511                                               228 WALNUT STREET
STROUDSBURG, PA 18360-0511               HARRISBURG, PA 17101

                               Served by First Class Mail

MICHELLE HAYES
1120 SKY HIGH TERRACE
EFFORT, PA 18330

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 8, 2020                                  Liz Joyce
                                                    for Charles J. DeHart, III, Trustee
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELLE HAYES
AKA: MICHELLE HICKEY

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-04645-RNO

vs.

MICHELLE HAYES
AKA: MICHELLE HICKEY

MOTION TO DISMISS

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.