United States Bankruptcy Court
Middle District of Pennsylvania

United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-04645-RNO
Michelle Hayes     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 03, 2020     Form ID: ordsmiss     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Hayes, 1120 Sky High Terrace, Effort, PA 18330-8074 |
| 5263990 | + | EFFICIENT RECOVERY SERVICES, PO BOX 522, BROOKSIDE, NJ 07926-0522 |
| 5263991 | | EMESS MANAGEMENT LLC, PO BOX 478, MIDDLESEX, NJ 08846-0478 |
| 5263992 | + | ERIC D. HAYES, 1120 SKY HIGH TERRACE, EFFORT, PA 18330-8074 |
| 5263994 | | LEHIGH VALLEY HEALTH NETWORK, PATIENT RECEIVABLES OFFICE, PO BOX 4067, ALLENTOWN, PA 18105-4067 |
| 5263995 | + | MR COOPER, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5285438 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5263996 | + | NORA C. VIGGIANO, ESQ., KML LAW GROUP, P.C., 701 MARKET STREET, SUITE 5000, PHILADELPHIA, PA 19106-1541 |
| 5271090 | + | Nationstar Mortgage LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5263997 | + | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY SUITE 500, FARMERS BRANCH, TX 75234-6071 |
| 5263998 | #+ | PARAMOUNT CAPITAL GROUP, 300 CONSHOHOCKEN STATE RD, SUITE 240, CONSHOHOCKEN, PA 19428-3801 |
| 5263999 | + | PARAMOUNT RECOVERY GROUP, 7524 BOSQUE BLVD., SUITE L, WOODWAY, TX 76712-3772 |
| 5264000 | + | REMEX INC, 307 WALL STREET, PRINCETON, NJ 08540-1515 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5263993 | + | Email/Text: lori.rudolph@atlantichealth.org | Dec 03 2020 19:21:01 | HACKETTSTOW REGIONAL MED CTR, PO BOX 864, MAHWAH, NJ 07430-0864 |
| 5284579 | + | EDI: PENNDEPTREV | Dec 04 2020 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5284579 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2020 19:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Case 5:19-bk-04645-RNO    Doc 39    Filed 12/05/20    Entered 12/06/20 00:28:57    Desc
Imaged Certificate of Notice     Page 1 of 3

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Kevin Buttery | on behalf of Creditor Nationstar Mortgage LLC kbuttery@rascrane.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Michelle Hayes lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michelle Hayes,<br>aka Michelle Hickey, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−04645−RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 3, 2020

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)